IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. TURNER : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 11-1701 |
| TOM CORBETT, et al. : | |

## ORDER

AND NOW, this 20th day of March, 2012, "Commonwealth Defendants' Motion to Dismiss Plaintiff's Amended Complaint" (docket no. 13) is granted. Plaintiff's amended complaint is dismissed. By Friday, April 6, 2012, plaintiff may file a further amended complaint.

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.